SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6925
Facsimile: (415) 436-6748
e-mail: sara.winslow@usdoj.gov

Attorneys for the United States of America

**FILED**
MAY 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. WILSON and MARANTO, <br><br> Plaintiff, <br><br> v. <br><br> MAXXAM, INC., et al., <br><br> Defendant. | No. C 06-7497 CW <br><br> **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION;** ~~[PROPOSED]~~ **ORDER** <br><br> ~~FILED UNDER SEAL~~ |

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States only has the right to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994).



1 | Therefore, the United States requests that, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its rights to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Government counsel is aware that the Court has set a case management conference for June 1, 2007. In light of the government's decision not to intervene, the United States is not a party to this case, and does not intend to appear at the conference, unless the Court requests its presence.

Respectfully submitted,

Dated: May 14, 2007

SCOTT N. SCHOOLS
United States Attorney

By: *Sara Winslow* (signature)
SARA WINSLOW
Attorneys for the United States

//
//
//
//
//
//
//
//
//
//
//

## [~~PROPOSED~~] ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for the Complaint, this Order, and the accompanying United States' Notice of Election to Decline Intervention, which are hereby unsealed.

2. The relators shall serve their Complaint upon the defendants, together with this Order and the accompanying Notice of Election to Decline Intervention.

3. The seal is lifted as to all matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. All orders of this Court shall be sent to the United States.

6. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: **MAY 1 6 2007**

HONORABLE CLAUDIA WILKEN
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**

<u>United States ex rel. Wilson and Maranto v. Maxxam, Inc.</u>
**C 06-7497 CW (UNDER SEAL)**

to be served this date upon each of the persons indicated below at the address shown:

Barbara Lyons, Esq.
Cotchett, Pitre, Simon & McCarthy
840 Malcom Road, Suite 200
Burlingame, CA 94010

√ **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

___ **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

___ **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

___ **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 14, 2007 at San Francisco, California.

*/s/ Kathy Terry*
KATHY TERRY
Legal Assistant