FILED
NOV 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO,<br><br>   Plaintiffs,<br><br>   v.<br><br>MAXXAM INC., et al.<br><br>   Defendants.<br>_____/ | No. C 06-7497 CW<br><br>ORDER VACATING ORDER OF REFERENCE TO CHIEF JUDGE BARBARA J. HOUSER FOR SETTLEMENT CONFERENCE |

   On November 16, 2007, the Court issued an order referring this case to Chief Judge Barbara J. Houser, U.S. Bankruptcy Court, Northern District of Texas, Dallas for a settlement conference. The Court hereby VACATES that order. Instead, the parties are ordered to cooperate with Judge Houser if she invites them to participate in the mediation of the bankruptcy case.

   IT IS SO ORDERED.

Dated:  NOV 21 2007

CLAUDIA WILKEN
United States District Judge