JAMES P. BENNETT (SBN 65179)
*jbennett@mofo.com*
EDGAR B. WASHBURN (SBN 34038)
*ewashburn@mofo.com*
CHRISTOPHER J. CARR (SBN 184076)
*ccarr@mofo.com*
BRIAN J. MARTINEZ (SBN 224587)
*brianmartinez@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for DEFENDANTS

JOSEPH W. COTCHETT (SBN 36324)
*jcotchett@cpmlegal.com*
PHILIP L. GREGORY (SBN 95217)
*pgregory@cpmlegal.com*
SEAN E. PONIST (SBN 204712)
*sponist@cpmlegal.com*
JOSEPH C. WILSON (SBN 249027)
*jwilson@cpmlegal.com*
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO,<br><br>Plaintiff,<br><br>v.<br><br>MAXXAM INC., a Delaware corporation; THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware limited liability company; SALMON CREEK LLC, a Delaware limited liability company; CHARLES E. HURWITZ, an individual,<br><br>Defendants. | Case No.    C-06-7497 CW (JL)<br><br>**STIPULATION AND ORDER REGARDING COORDINATION OF DISCOVERY**<br><br>Judge:  Honorable Claudia Wilken<br>Place:  Courtroom 2, 4th Floor<br><br>Complaint Filed:  December 7, 2006<br>Trial Date:          April 20, 2009 |

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, Sean E. Ponist, attorney for the United States ex rel. Relators Richard Wilson and Chris Maranto (collectively, "Plaintiff"), and Christopher J. Carr, attorney for MAXXAM Inc., Charles E. Hurwitz, The Pacific Lumber Company, Scotia Pacific Company LLC, and Salmon Creek LLC (collectively, "Defendants"), that:

WHEREAS, on December 7, 2006, Plaintiff filed a *qui tam* action against Defendants entitled *United States of America ex rel. Wilson and Maranto v. MAXXAM Inc., et al.*, United States District Court for the Northern District of California, Case No. C-06-7497 CW (JL) ("the Federal Case");

WHEREAS, on December 7, 2006, on behalf of the State of California, Richard Wilson and Chris Maranto as Relators filed a *qui tam* action against Defendants entitled *State of California ex rel. Wilson and Maranto v. MAXXAM Inc., et al.*, San Francisco County Superior Court, Case No. CGC-06-458528 ("the State Case");

WHEREAS, the Federal Case and the State Case involve certain overlapping facts, legal issues, and evidence, as well as certain identical parties and the same counsel;

WHEREAS, the parties wish to structure discovery efficiently and promote the resolution of the Federal Case and the State Case on their merits;

WHEREAS, the parties believe it is prudent to streamline the discovery processes in the Federal Case and the State Case, so as to avoid the inefficiencies, inconvenience, and costs that would result from duplicative discovery;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 7-12, counsel for the parties hereby stipulate as follows:

1.   The parties shall coordinate discovery in the Federal Case and the State Case.

2.   Plaintiff, as one side, shall propound no more than 125 interrogatories in total to Defendants, as the other side. Defendants shall propound no more than 50 interrogatories in total to the other side. Plaintiff shall propound no more than 35 interrogatories to a party.

1  3. Each side (i.e., Plaintiff as one side or Defendants as another side) may take a total
2  of 25 depositions, excluding (a) depositions of custodians of records; and (b) depositions of
3  experts.
4  4. No party shall propound, and no party shall be required to answer, duplicative
5  discovery that is served in the Federal Case and the State Case.
6  5. No witness shall be deposed more than once in the Federal Case and the State
7  Case.
8  6. Discovery answered and/or deposition testimony given in the Federal Case may be
9  used with the same force and effect in the State Case, and vice versa.
10  7. Discovery and any related court proceedings in the Federal Case and the State
11  Case shall proceed pursuant to the Federal Rules of Civil Procedure.
12  8. Any discovery disputes that arise in the State Case shall be resolved by the Court
13  in the Federal Case.
14  9. The fact and expert discovery deadlines set forth in the Court's Minute Order and
15  Case Management Order (filed in the Federal Case on March 19, 2008) and the Joint Discovery
16  Plan and Order (filed in the Federal Case on April 7, 2008) shall apply to both the Federal Case
17  and the State Case.
18  10. To the extent not consistent with the terms of this Stipulation and Order, the Joint
19  Discovery Plan and Order shall apply to both the Federal Case and the State Case.
20  11. Any discovery requests that a party has served prior to the entry of this Stipulation
21  and Order are hereby amended to incorporate the relevant terms of this Stipulation and Order.
22  12. This Stipulation shall remain in effect absent further stipulation of the parties or
23  order of the Court upon a showing of good cause.
24  The parties respectfully request that the Court approve this Stipulation.

| | | |
|---|---|---|
| 1 | Dated: July 11, 2008 | COTCHETT, PITRE & McCARTHY |
| 2 | | |
| 3 | | By:  */s/ Sean E. Ponist*  <br>Sean E. Ponist |
| 4 | | |
| 5 | | Attorneys for Plaintiff THE UNITED STATES OF AMERICA EX REL. RICHARD WILSON AND CHRIS MARANTO |

7  *I, Brian J. Martinez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Sean E. Ponist has concurred in this filing.*

10  Dated: July 9, 2008          MORRISON & FOERSTER LLP

12              By:  */s/ Christopher J. Carr*
               Christopher J. Carr

14  Attorneys for Defendants MAXXAM INC., CHARLES E. HURWITZ, THE PACIFIC LUMBER COMPANY, SCOTIA PACIFIC COMPANY LLC, and SALMON CREEK LLC

17  *I, Brian J. Martinez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Christopher J. Carr has concurred in this filing.*

1 **ORDER**

2    Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3    7/11/08

4  Dated: _____     _/s/ Claudia Wilken_____

5                                    HONORABLE CLAUDIA WILKEN
                                      United States District Judge
6                                     Northern District of California

STIPULATION AND [PROPOSED] ORDER REGARDING COORDINATION OF DISCOVERY    4
CASE NO. C-06-7497 CW (JL)
sf-2529943