| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (SBN 36324) |
| | *jcotchett@cpmlegal.com* |
| 2 | PHILIP L. GREGORY (SBN 95217) |
| | *pgregory@cpmlegal.com* |
| 3 | SEAN E. PONIST (SBN 204712) |
| | *sponist@cpmlegal.com* |
| 4 | JOSEPH C. WILSON (SBN 249027) |
| | *jwilson@cpmlegal.com* |
| 5 | COTCHETT, PITRE & McCARTHY |
| | 840 Malcolm Road, Suite 200 |
| 6 | Burlingame, CA 94010 |
| | Telephone: 650.697.6000 |
| 7 | Facsimile: 650.697.0577 |
| 8 | Attorneys for PLAINTIFF |
| 9 | JAMES P. BENNETT (SBN 65179) |
| | *jbennett@mofo.com* |
| 10 | EDGAR B. WASHBURN (SBN 34038) |
| | *ewashburn@mofo.com* |
| 11 | CHRISTOPHER J. CARR (SBN 184076) |
| | *ccarr@mofo.com* |
| 12 | BRIAN J. MARTINEZ (SBN 224587) |
| | *brianmartinez@mofo.com* |
| 13 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 14 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 15 | Facsimile: 415.268.7522 |
| 16 | Attorneys for DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO, | | Case No.   C-06-7497 CW (JL) |
| Plaintiff, | | **STIPULATION AND ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINES** |
| v. | | |
| MAXXAM INC., a Delaware corporation; THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware limited liability company; SALMON CREEK LLC, a Delaware limited liability company; CHARLES E. HURWITZ, an individual, | | Judge: Honorable Claudia Wilken  Place:  Courtroom 2, 4th Floor  Complaint Filed: December 7, 2006  Trial Date:          April 20, 2009 |
| Defendants. | | |

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINES
CASE NO. C-06-7497 CW (JL)
sf-2557619

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, Sean E. Ponist, attorney for the United States ex rel. Relators Richard Wilson and Chris Maranto (collectively, "Plaintiff"), and Brian J. Martinez, attorney for MAXXAM Inc. and Charles E. Hurwitz (collectively, "Defendants"), that:

WHEREAS, on July 11, 2008, this Court entered an order coordinating discovery in *United States of America ex rel. Wilson and Maranto v. MAXXAM Inc., et al.*, United States District Court for the Northern District of California, Case No. C-06-7497 CW (JL) ("the Federal Case") and *State of California ex rel. Wilson and Maranto v. MAXXAM Inc., et al.*, San Francisco County Superior Court, Case No. CGC-06-458528 ("the State Case");

WHEREAS, the deadline for the disclosure of expert witnesses and the exchange of expert reports in the Federal and State Cases is currently September 2, 2008;

WHEREAS, the deadline for the disclosure of rebuttal expert witnesses and the exchange of rebuttal expert reports in the Federal and State Cases is currently October 2, 2008;

WHEREAS, the deadline to complete expert discovery in the Federal and State Cases is currently November 3, 2008;

WHEREAS, the parties would like their experts to have the benefit of further fact discovery in the course of forming their respective expert opinions, and discovery upon which the experts may rely has not yet been completed;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 7-12, counsel for the parties hereby stipulate as follows:

1. The deadline to disclose expert witnesses and exchange expert reports in the Federal and State Cases shall be extended to October 3, 2008.

2. The deadline to disclose rebuttal expert witnesses and exchange rebuttal expert witness reports in the Federal and State Cases shall be extended to November 3, 2008.

3. The deadline to complete expert discovery in the Federal and State Cases shall be extended to December 3, 2008.

The parties respectfully request that the Court approve this Stipulation.

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINES   1
CASE NO. C-06-7497 CW (JL)
sf-2557619

Dated: August 20, 2008  COTCHETT, PITRE & McCARTHY

By:  */s/ Sean E. Ponist*
  Sean E. Ponist

Attorneys for Plaintiff THE UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO

*I, Brian J. Martinez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Sean E. Ponist has concurred in this filing.*

Dated: August 12, 2008  MORRISON & FOERSTER LLP

By:  */s/ Brian J. Martinez*
  Brian J. Martinez

Attorneys for Defendants MAXXAM INC. and CHARLES E. HURWITZ

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINES
CASE NO. C-06-7497 CW (JL)
sf-2557619

2

1 **ORDER**

2   Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3        8/20/08

4   Dated: _____        _____
                                          HONORABLE CLAUDIA WILKEN
5                                         United States District Judge
                                          Northern District of California
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINES       3
CASE NO. C-06-7497 CW (JL)
sf-2557619