IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO,<br><br>        Plaintiffs,<br><br>    v.<br><br>MAXXAM INC., et al.<br><br>        Defendants.<br>_____/ | No. C 06-7497 CW<br><br>ORDER DIRECTING DEBTOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' OBJECTION |

Defendants Pacific Lumber Co., Scotia Pacific Co. and Salmon Creek, LLC are hereby ordered to file by September 30, 2008 a response to Plaintiffs' objection to Judge Spero's discovery order of September 8, 3008.  If Plaintiffs wish to file a reply, they must do so by October 3, 2008.

   IT IS SO ORDERED.

Dated: 9/23/08

CLAUDIA WILKEN
United States District Judge