Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Paul N. "Pete" McCloskey, Jr. (SBN 24541)
pmccloskey@cpmlegal.com
Philip L. Gregory (SBN 95217)
pgregory@cpmlegal.com
Sean E. Ponist (SBN 204712)
sponist@cpmlegal.com
Joseph C. Wilson (SBN 249027)
jwilson@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

William G. Bertain (SBN 70163)
bbertain@suddenlink.net
**LAW OFFICE OF WILLIAM G. BERTAIN**
1310 Sixth Street
Eureka, CA 95501
Telephone: (707) 443-5078
Facsimile: (707) 443-4998

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **RICHARD WILSON** and **CHRIS MARANTO**, <br><br> Plaintiff, <br><br> vs. <br><br> **MAXXAM INC., a Delaware corporation; THE PACIFIC LUMBER COMPANY, a Delaware corporation, SCOTIA PACIFIC COMPANY LLC, a Delaware limited liability company; SALMON CREEK LLC., a Delaware limited liability company; CHARLES HURWITZ, an individual,** <br> **Defendants.** | Case No. C 06-7497 CW <br><br> **REVISED STIPULATION AND ORDER REGARDING EXTENSION OF CASE MANAGEMENT DEADLINES** <br><br> **Judge:** Hon. Claudia Wilken <br> United States District Judge <br><br> **Complaint** <br> **Filed:** December 7, 2006 <br> **Trial Date:** April 20, 2009 |

LAW OFFICES
COTCHETT,
PITRE,
& McCARTHY

**Revised Stipulation and [Proposed] Order Regarding Extension of Case Management Deadlines**
**Case No.: C-06-7479 CW**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, Sean E. Ponist of Cotchett Pitre & McCarthy attorneys for the United States ex rel Relators Richard Wilson and Chris Maranto ("Plaintiff"), and Andrew D. Mulbach of Morrison & Foerster LLP, attorneys for MAXXAM INC. and Charles Hurwitz and former counsel for the Pacific Lumber Company, Scotia Pacific Company LLC, Salmon Creek LLC, that:

WHEREAS, the Court issued a Minute Order and Case Management Order on March 19, 2008 setting forth the following deadlines and dates:

- Completion of Fact Discovery 11/3/08;
- Disclosure of identities and reports of expert witnesses 9/2/08;
- Completion of Expert Discovery 11/3/08;
- Hearing on all case dispositive motions 12/18/08;
- Final Pretrial conference on 3/31/09;

WHEREAS, the Court subsequently modified this schedule in part on August 20, 2008 pursuant to stipulation of the parties as follows:

- Disclosure of identities and reports of expert witnesses 10/3/08;
- Disclosure of identities and reports of rebuttal expert witnesses 11/3/08;
- Completion of Expert Discovery 12/3/08.

WHEREAS, production of documents by defendants and third-parties to prior requests has not yet been completed and the parties need additional time to complete discovery and would also like their experts to have the benefit of further fact discovery in the course of forming their respective expert opinions.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 7-12, counsel for the parties hereby stipulate as follows:

1. The deadline to complete fact discovery shall be extended to November 14, 2008;

2. The deadline to disclose the identities and reports of expert witnesses shall be extended to December 1, 2008;

**Revised Stipulation and [Proposed] Order Regarding Extension of Case Management Deadlines**
**Case No.: C-06-7479 CW**

1

3. The deadline to disclose the identities and reports of rebuttal expert witnesses shall be extended to December 22, 2008;

4. The deadline to complete expert discovery shall be extended to January 23, 2009;

5. The hearing on all case dispositive motions shall be February 19, 2009;

6. Final Pretrial conference shall be on April 7, 2009.

The parties respectfully request that the Court approve this Stipulation.

Date:   October 2, 2008                         COTCHETT, PITRE & McCARTHY

                                  */s/ Sean E. Ponist*
SEAN E. PONIST
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiff*

I, Sean E. Ponist, am the ECF user whose ID and password is being used to file this Joint Statement. In compliance with General Order 45, X, B., I hereby attest that Andrew D. Mulbach has concurred with this filing.

Dated: October 2, 2008                          MORRISON & FOERSTER LLP

                                  */s/ Andrew D. Mulbach*
ANDREW D. MULBACH
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

*Counsel for Defendants*



LAW OFFICES
COTCHETT,
PITRE,
& MCCARTHY

**Revised Stipulation and [Proposed] Order Regarding Extension of Case Management Deadlines**
**Case No.: C-06-7479 CW**

**ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: 10/6/08  _____

HONORABLE CLAUDIA WILKEN
United States Magistrate Judge
Northern District of California

LAW OFFICES
COTCHETT,
PITRE,
& MCCARTHY

**Revised Stipulation and [Proposed] Order Regarding Extension of Case Management Deadlines**
**Case No.: C-06-7479 CW**

3