1  JAMES P. BENNETT (CA SBN 65179)
   *JBennett@mofo.com*
2  EDGAR B. WASHBURN (CA SBN 34038)
   *EWashburn@mofo.com*
3  ANDREW D. MUHLBACH (CA SBN 175694)
   *AMuhlbach@mofo.com*
4  CHRISTOPHER J. CARR (CA SBN 184076)
   *CCarr@mofo.com*
5  BRIAN J. MARTINEZ (CA SBN 224587)
   *BrianMartinez@mofo.com*
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California  94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendants
   MAXXAM INC. and CHARLES E. HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO,<br><br>Plaintiff,<br><br>v.<br><br>MAXXAM INC., a Delaware corporation; THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware limited liability company; SALMON CREEK LLC, a Delaware limited liability company; CHARLES E. HURWITZ, an individual,<br><br>Defendants. | Case No.   C-06-7497 CW (JCS)<br><br>**ORDER NOT ACCEPTING STIPULATION REGARDING DEPOSITION SCHEDULE**<br><br>Judge:  Honorable Claudia Wilken<br>Place:   Courtroom 2, 4th Floor<br><br>Complaint Filed:  December 7, 2006<br>Trial Date:           April 20, 2009 |

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION SCHEDULE
CASE NO. C-06-7497 CW (JCS)
sf-2612409

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  IT IS HEREBY STIPULATED by and between Defendants MAXXAM Inc. and Charles E. Hurwitz ("Defendants") and non-party the California Department of Forestry and Fire Protection ("CDF") and their respective counsel of record, Andrew D. Muhlbach, counsel for Defendants, and Frederick W. Acker, counsel for CDF, that:

WHEREAS, Defendants seek to depose current and former CDF employees William Synder, Andrea Tuttle, Ross Johnson, and Jim Branham;

WHEREAS, the deadline to complete fact discovery was November 14, 2008;

WHEREAS, Defendants provided notice of the depositions of Mr. Snyder, Ms. Tuttle, Mr. Johnson, and Mr. Branham prior to November 14, 2008;

WHEREAS, the depositions of Mr. Snyder, Ms. Tuttle, Mr. Johnson, and Mr. Branham were postponed, and not completed prior to the close of fact discovery, in order to accommodate the schedules of the witnesses and/or counsel;

WHEREAS, CDF does not object to the depositions of Mr. Snyder, Ms. Tuttle, Mr. Johnson, and Mr. Branham taking place after the discovery cut-off;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 7-12, counsel for Defendants and CDF hereby stipulate that Defendants shall be permitted to take, at mutually convenient times and places identified after meeting and conferring, the depositions of William Synder, Andrea Tuttle, Ross Johnson, and Jim Branham.

Defendants and CDF respectfully request that the Court approve this Stipulation.

1  Dated: December 2, 2008                MORRISON & FOERSTER LLP

3                                          By:   */s/ Andrew D. Muhlbach*
                                                 Andrew D. Muhlbach

                                          Attorneys for Defendants MAXXAM INC. and
                                          CHARLES E. HURWITZ

7  Dated: December 2, 2008                CALIFORNIA ATTORNEY GENERAL'S OFFICE

9                                          By:   */s/ Frederick W. Acker*
                                                 Frederick W. Acker

                                          Attorneys for Non-Party CALIFORNIA
                                          DEPARTMENT OF FORESTRY AND FIRE
                                          PROTECTION

*I, Brian J. Martinez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Andrew D. Muhlbach and Frederick W. Acker have concurred in this filing.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The stipulation of the parties **is not accepted. Defendants must move for any desired relief**.

Dated: 12/5/08

_____
HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California