1   JOSEPH W. COTCHETT (SBN 36324)
    jcotchett@cpmlegal.com
2   PHILIP L. GREGORY (SBN 95217)
    pgregory@cpmlegal.com
3   SEAN E. PONIST (SBN 204712)
    sponist@cpmlegal.com
4   JOSEPH C. WILSON (SBN 249027)
    jwilson@cpmlegal.com
5   COTCHETT, PITRE & McCARTHY
    840 Malcolm Road, Suite 200
6   Burlingame, CA 94010
    Telephone: 650.697.6000
7   Facsimile: 650.697.0577

8   WILLIAM G. BERTAIN  (SBN 70163)
    bbertain@suddenlink.net
9   LAW OFFICE OF WILLIAM G. BERTAIN
    1310 Sixth Street
10  Eureka, CA 95501
    Telephone: (707) 443-5078
11  Facsimile: (707) 443-4998

12  Attorneys for PLAINTIFF

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  UNITED STATES OF AMERICA *ex rel.*        Case No.      C-06-7497 CW (JCS)
    RICHARD WILSON and CHRIS MARANTO,
17                                            **STIPULATION AND ORDER**
                   Plaintiff,                 **EXTENDING EXPERT**
18                                            **DISCOVERY DEADLINES**
           v.
19                                            Judge:  Honorable Claudia Wilken
    MAXXAM INC., a Delaware corporation; THE  Place:  Courtroom 2, 4th Floor
20  PACIFIC LUMBER COMPANY, a Delaware
    corporation; SCOTIA PACIFIC COMPANY       Complaint Filed:   December 7, 2006
21  LLC, a Delaware limited liability company; Trial Date:        April 20, 2009
    SALMON CREEK LLC, a Delaware limited
22  liability company; CHARLES E. HURWITZ, an
    individual,
23
                   Defendants.
24

25

26

27

28

1   TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   IT IS HEREBY STIPULATED by and between the parties and their respective counsel of

3   record, Sean E. Ponist, attorney for relators Richard Wilson and Chris Maranto on behalf of

4   Plaintiff United States of America (collectively, "Plaintiff"), and Brian J. Martinez, attorney for

5   Defendants MAXXAM Inc., Charles Hurwitz ("Defendants") and third party Humboldt Redwood

6   Company ("HRC"), that:

7   WHEREAS, the cut-off date for expert discovery is currently January 23, 2009;

8   WHEREAS, experts for both parties have conflicts and are not available to be deposed

9   before January 23, 2009;

10   WHEREAS, Defendants and HRC have recently produced a large volume of hard copy

11   and electronic discovery, which Plaintiff's experts need to review;

12   WHEREAS, Plaintiff's experts will be supplementing their expert reports under the

13   Federal Rules of Civil Procedure based on a review of Defendants' and HRC's recent document

14   productions; and

15   WHEREAS, the parties wish to extend the expert discovery deadlines in light of the

16   forgoing circumstances, without prejudice to their rights to seek further relief from the Court.

17   NOW, THEREFORE, counsel for the parties hereby stipulate and request that the Court

18   enter an order as follows:

19   1.   The expert discovery cut-off shall be extended to March 6, 2009.

20   The parties respectfully request that the Court approve this Stipulation.

21

22

23

24

25

26

27

28

1   Dated: January 14, 2009        COTCHETT, PITRE & McCARTHY

2

3                                      By:   */s/ Sean E. Ponist*
                                                  Sean E. Ponist

4

5                                      Attorneys for Plaintiff THE UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO

6

7

8   Dated: January 14, 2009        MORRISON & FOERSTER LLP

9

10

11                                   By:   */s/ Brian J. Martinez*
                                                    Brian J. Martinez

12                                      Attorneys for Defendants MAXXAM INC. and CHARLES E. HURWITZ

13

14

15   *I, Sean E. Ponist, am the ECF User whose ID and password are being used to file this Stipulation*
16   *and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Brian J. Martinez has concurred in this filing.*

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3                    1/22/09

4     Dated: _____          _____

5                                            HONORABLE CLAUDIA WILKEN
                                             United States District Judge
6                                            Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28