**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., | No. C 06-07497 CW (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE OF REFERENCE, TIME AND PLACE OF HEARING** |
| MAXXAM, INC., ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for Plaintiff's Motion For Discovery Sanctions Due to Defendants' Spoliation of Material Evidence (the "Motion").

The hearing on the Motion has been set for **March 27, 2009, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The opposition(s) shall be filed by **February 27, 2009**. Any reply to the opposition(s) shall be filed by **March 6, 2009**. All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

1   **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'
2   COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil
3   case number and the district court judge's initials, followed by the designation "(JCS)".
4        The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
5   Fed. R. Civ. P. 16(f).
6        IT IS SO ORDERED.

8   Dated:  February 6, 2009

                                          _____
9                                         JOSEPH C. SPERO
                                          United States Magistrate Judge