IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MAXXAM INC., et al.<br><br>　　　　Defendants.<br>_____/ | No. C 06-7497 CW<br><br>ORDER CONCERNING EXCHANGE OF PRETRIAL MATERIALS |

　　　Defendants' motion for a continuance of the trial date will be taken under submission on the papers. The parties need not exchange pre-trial materials by the present deadline of March 9. The Court will set a new deadline after it rules on the pending motion for summary judgment.

　　　IT IS SO ORDERED.

Dated: 3/6/09

　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge