# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO,<br><br>Plaintiff,<br><br>v.<br><br>MAXXAM INC., a Delaware corporation; THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware limited liability company; SALMON CREEK LLC, a Delaware limited liability company; CHARLES E. HURWITZ, an individual,<br><br>Defendants. | Case No.   C-06-7497 CW (JCS)<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL FILING DEADLINE**<br><br>Judge: Honorable Claudia Wilken<br>Place: Courtroom 2, 4th Floor<br><br>Complaint Filed:  December 7, 2006<br>Trial Date:            April 20, 2009 |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, Philip L. Gregory, attorney for relators Richard Wilson and Chris Maranto on behalf of Plaintiff United States of America (collectively, "Plaintiff"), and Brian J. Martinez, attorney for Defendants MAXXAM Inc. and Charles Hurwitz (collectively, "Defendants"), that:

WHEREAS, Paragraph 3 of this Court's Order for Pretrial Preparation provides that the parties shall file a Joint Pretrial Conference Statement and related trial materials not less than 10 days prior to the Pretrial Conference;

WHEREAS, by Order dated March 24, 2009, this Court postponed the Pretrial Conference from April 7 to April 10, 2009; and

WHEREAS, the parties request additional time to meet and confer and finalize their pretrial submissions.

NOW, THEREFORE, counsel for the parties hereby stipulate and request that the Court enter an order as follows:

1. The deadline for the parties to file the materials set forth in Paragraph 3 of the Court's Order for Pretrial Preparation[1] shall be extended from <u>March 27</u> to <u>March 31, 2009</u>.

The parties respectfully request that the Court approve this Stipulation.

---

[1] Those materials consist of (i) the Joint Pretrial Conference Statement, (ii) exhibit lists and objections, (iii) witness lists, (iv) discovery designations and objections, (v) trial briefs, (vi) motions *in limine*, (vii) proposed voir dire questions, (viii) proposed jury instructions, and (ix) proposed verdict forms.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2009 | COTCHETT, PITRE & McCARTHY |
| 2 | | |
| 3 | | By:   */s/ Philip L. Gregory* |
| 4 | | Philip L. Gregory |
| 5 | | Attorneys for Plaintiff THE UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO |
| 8 | Dated: March 25, 2009 | MORRISON & FOERSTER LLP |
| 11 | | By:   */s/ Brian J. Martinez*<br>Brian J. Martinez |
| 12 | | Attorneys for Defendants MAXXAM INC. and CHARLES E. HURWITZ |

*I, Philip L. Gregory, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Brian J. Martinez has concurred in this filing.*

1 **ORDER**

2   Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3         3/25/09

4   Dated: _____

    _____
    HONORABLE CLAUDIA WILKEN
    United States District Judge
    Northern District of California