1  JAMES J. BROSNAHAN (SBN 34555)
   *JBrosnahan@mofo.com*
2  JAMES P. BENNETT (SBN 65179)
   *JBennett@mofo.com*
3  EDGAR B. WASHBURN (SBN 34038)
   *EWashburn@mofo.com*
4  ANDREW D. MUHLBACH (SBN 175694)
   *AMuhlbach@mofo.com*
5  BRIAN J. MARTINEZ (SBN 224587)
   *BrianMartinez@mofo.com*
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendants
   MAXXAM INC. and CHARLES E. HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO, <br><br> Plaintiff, <br><br> v. <br><br> MAXXAM INC., a Delaware corporation; THE PACIFIC LUMBER COMPANY, a Delaware corporation; SCOTIA PACIFIC COMPANY LLC, a Delaware limited liability company; SALMON CREEK LLC, a Delaware limited liability company; CHARLES E. HURWITZ, an individual, <br><br> Defendants. | Case No.   C-06-7497 CW (JCS) <br><br> **STIPULATION AND ORDER REGARDING LODGING OF PROPOSED TRIAL EXHIBITS** <br><br> Judge: Honorable Claudia Wilken <br> Place: Courtroom 2, 4th Floor <br><br> Complaint Filed: December 7, 2006 <br> Trial Date:  April 20, 2009 |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  IT IS HEREBY STIPULATED by and between the parties and their respective counsel of

3  record, Joseph C. Wilson, attorney for relators Richard Wilson and Chris Maranto on behalf of

4  Plaintiff United States of America (collectively, "Plaintiff"), and Brian J. Martinez, attorney for

5  Defendants MAXXAM Inc. and Charles Hurwitz (collectively, "Defendants"), that:

6  WHEREAS, Paragraph 3(b) of this Court's Order for Pretrial Preparation provides that the

7  parties shall lodge with the Court a set of pre-marked trial exhibits not less than 10 days prior to

8  the Pretrial Conference;

9  WHEREAS, the Pretrial Conference is scheduled for April 10, 2009; and

10  WHEREAS, the parties require additional time to meet and confer and finalize their

11  respective trial exhibits.

12  NOW, THEREFORE, counsel for the parties hereby stipulate and request that the Court

13  enter an order as follows:

14  1.  The deadline for the parties to lodge their proposed trial exhibits with the Court

15  shall be extended from March 31, 2009 to April 6, 2009.

16  The parties respectfully request that the Court approve this Stipulation.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING LODGING OF PROPOSED TRIAL EXHIBITS   1
CASE NO. C-06-7497 CW (JCS)
sf-2663946

| | | |
|---|---|---|
| 1 | Dated: March 27, 2009 | COTCHETT, PITRE & McCARTHY |
| 2 | | |
| 3 | | By:  */s/ Joseph C. Wilson* |
| 4 | | Joseph C. Wilson |
| 5 | | Attorneys for Plaintiff THE UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO |
| 8 | Dated: March 27, 2009 | MORRISON & FOERSTER LLP |
| 11 | | By:  */s/ Brian J. Martinez* |
| | | Brian J. Martinez |
| 12 | | Attorneys for Defendants MAXXAM INC. and CHARLES E. HURWITZ |

*I, Joseph C. Wilson, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. Pursuant to General Order 45, I hereby attest that Brian J. Martinez has concurred in this filing.*

1 **ORDER**

2   Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3       3/30/09

4   Dated: _____   _____
                                    HONORABLE CLAUDIA WILKEN
5                                   United States District Judge
                                    Northern District of California

STIPULATION AND [PROPOSED] ORDER REGARDING LODGING OF PROPOSED TRIAL EXHIBITS          3
CASE NO. C-06-7497 CW (JCS)
sf-2663946