Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Scott Andrews (State Bar No. 243690)
sandrews@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com
bwisoff@fbm.com
sandrews@fbm.com

Special Appearance as Attorneys for
MORRISON & FOERSTER LLP
A Miscellaneous Party

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO,<br><br>Plaintiff,<br><br>vs.<br><br>MAXXAM INC., a Delaware corporation; THE PACIFIC LUMBER COMPANY, a Delaware corporation, SCOTIA PACIFIC COMPANY LLC, a Delaware limited liability company; SALMON CREEK LLC, a Delaware limited liability company; and CHARLES HURWITZ, an individual,<br><br>Defendants. | Case No. C 06-7497 CW<br><br>ORDER GRANTING ADMINISTRATIVE MOTION OF SPECIAL COUNSEL OF RECORD FOR MORRISON AND FOERSTER LLP TO WITHDRAW AND TO TERMINATE ECF NOTIFICATIONS; DECLARATION OF DOUGLAS R. YOUNG IN SUPPORT THEREOF (Civ. L. R. Rule 7-11 and Rule 11-5 and General Order 45 Section IV.C.4)<br><br>Judge: Hon. Claudia Wilken<br>United States District Judge<br>Courtroom: 2 (4TH Floor)<br>1301 Clay Street, Oakland, CA |

The motion of Douglas R. Young and the law firm of Farella Braun + Martel LLP, special counsel for Morrison and Foerster LLP, for an order permitting counsel to withdraw from their appearance in this action and for an order terminating notifications in this action under the ECF

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROP] ORDER re ADMIN MOT. WITHDRAW AS
SPECIAL COUNSEL Case No. C 06-7497 CW

23713\1800735.1

1  Program pursuant to Section IV.C.4 of General Order 45 (governing notices in ECF cases), came
2  before this Court on an administrative motion pursuant to Rules 7-11 and 11-5 of the Civil Local
3  Rules.
4      Good cause appearing, the motion is granted. Special counsel for Morrison and Foerster
5  LLP, may withdraw from this action.  The Clerk shall terminate ECF notices in this action to
6  Douglas R. Young, C. Brandon Wisoff, Scott Andrews and the law firm of Farella Braun +
7  Martel LLP.
8      IT IS SO ORDERED.
9  Dated:  \_\_3/31_____, 2009.

_____
Claudia Wilken
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROP.] ORDER ADMIN MOT. WITHDRAW AS
SPECIAL COUNSEL Case No. C 06-7497 CW

- 2 -

23713\1800735.1