1    [Counsel Listed on Signature Pages]

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12   UNITED STATES ex rel. RICHARD WILSON       Case No.    C-06-7497 CW (JCS)
     and CHRIS MARANTO,
13                                              **STIPULATION AND ORDER**
                        Plaintiffs,             **AUTHORIZING ENTRY AND USE**
14                                              **OF EQUIPMENT DURING TRIAL**
             v.
15                                              Date:    April 20, 2009
     MAXXAM INC., a Delaware corporation;       Time:    8:30 a.m.
16   THE PACIFIC LUMBER COMPANY, a              Place:   Courtroom 2 (4th Floor)
     Delaware corporation;                      Judge:   Honorable Claudia Wilken
17   SCOTIA PACIFIC COMPANY, a Delaware
     limited liability company;
18   SALMON CREEK LLC, a Delaware limited
     liability company;
19   CHARLES E. HURWITZ, an individual;
     and DOES 1 through 50, inclusive,
20
                        Defendants.
21

22

23

24

25

26

27

28

1      WHEREAS, the trial in the above-captioned matter is scheduled to begin on April 20,

2  2009;

3      WHEREAS, the parties have met and conferred regarding the necessary equipment for use

4  in the courtroom during trial;

5      WHEREAS, the parties have agreed to coordinate their use of equipment when

6  practicable.

7      IT IS HEREBY STIPULATED by and between the parties, through their counsel of

8  record, that the parties' representatives be allowed to enter the courthouse on or after April 17,

9  2009, with the equipment identified below and use that equipment in the courtroom during trial.

10  **Equipment for Use in the Courtroom During Trial:**

11      1.    4 -  Presentation Computer Laptops (2 Plaintiff; 2 Defendants)

12      2.    2 -  External Computer Hard Drives (2 Plaintiff; 2 Defendants)

13      3.    1 -  Projector (with replacement lens and bulb)

14      4.    1 -  7' X 10' Projection Screen

15      5.    1 -  Projector Stand

16      6.    1 - Digital Elmo

17      7.    5 - 17" Flat Panel Computer Monitors

18      8.    1 -  Pair of Audio Speakers

19      9.    1 -  Audio Mixer

20      10.    2 - Wireless Microphones

21      11.    2 - Tech Tables with Drape Skirts

22      12.    2 -  Easels

23      13.    1 -  Bin of Cables, Adaptors, Power Strips and Tape

24      14.    2 - Printers (1 Plaintiff; 1 Defendants)

25      15.    4 - Portable bookshelves (2 Plaintiff; 2 Defendants)

26      16.    4 - Rolling book carts (2 Plaintiff; 2 Defendants)

27      17.    1 – Digital camera

28

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
CASE NO. C-06-7497 CW (JCS)
sf-2670951

1

1   Dated: April 15, 2009                    MORRISON & FOERSTER LLP

2

3                                            By:   _/s/ Brian J. Martinez_____
                                                   Brian J. Martinez
4
                                                   Attorneys for Defendants
5                                                  MAXXAM INC. and CHARLES E. HURWITZ

6   Dated: April 15, 2009                    COTCHETT, PITRE & McCARTHY

7

8                                            By:   _/s/ Sean E. Ponist_____
                                                   SEAN E. PONIST
9
                                                   Attorneys for Relators Suing On Behalf of
10                                                 Plaintiff UNITED STATES OF AMERICA

11

12

13          *I, Brian J. Martinez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Sean E. Ponist has concurred in this filing.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

3

4

Dated: _____

4/16/09

5

HONORABLE CLAUDIA WILKEN
United States District Judge
Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
CASE NO. C-06-7497 CW (JCS)
sf-2670951

3