JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
EDGAR B. WASHBURN (CA SBN 34038)
EWashburn@mofo.com
ANDREW MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
NATALIE THINGELSTAD (CA SBN 255400)
NThingelstad@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MAXXAM Inc. and Charles E. Hurwitz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO,<br><br>Plaintiff,<br><br>vs.<br><br>MAXXAM INC., a Delaware Corporation, and CHARLES E. HURWITZ, et al.,<br><br>Defendants. | CASE NO.: CV-06-7497 CW (JCS)<br><br>**STIPULATION REGARDING DEFENDANTS' FILING OF SUR-REPLY**<br><br>Date: January 22, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom A, 15th Floor<br><br>Judge: Honorable Joseph C. Spero |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, William G. Bertain, attorney for relators Richard Wilson and Chris Maranto on behalf of Plaintiff United States of America (collectively, "Plaintiffs"), and Natalie Thingelstad, attorney for Defendants MAXXAM Inc. and Charles Hurwitz (collectively, "Defendants"), that:

WHEREAS, on November 13, 2009, Mr. Bertain filed Motion to Modify the Protective Order Governing Confidentiality Filed 9/3/08, or Alternatively Order Other Relief Herein;

JAN-14-2010 THU 12:05 PM LAW OFFICE OF BERTAIN    FAX NO. 7074448999    P. 03
Case 4:06-cv-07497-CW Document 417 Filed 01/14/10 Page 2 of 5

FROM :MOFO 32ND COPY RM          FAX NO. :4152687522          Jan. 14 2010 11:04AM P3

1  WHEREAS, on December 11, 2009, Defendants filed Opposition to Plaintiff's Counsel
2  William G. Bertain's Motion to Modify Stipulation and Protective Order Governing
3  Confidentiality Filed 9/3/08, or Alternatively Order Other Relief Herein;
4  WHEREAS, on January 8, 2010, Mr. Bertain filed Reply Brief to Defendants' Opposition
5  to Motion of Plaintiffs' Counsel to Modify Stipulation of [sic] Protective Order Governing
6  Confidentiality Filed 9/3/08, Or Alternatively Order Other Relief Herein ("Reply Brief");
7  WHEREAS, Defendants believe that the Reply Brief raises new arguments, submits new
8  evidence and requests new relief for the first time on reply, warranting a sur-reply;
9  WHEREAS, Mr. Bertain does not object to the Defendants filing a sur-reply;
10 NOW THEREFORE, Mr. Bertain and counsel for the Defendants hereby stipulate that the
11 Defendants may file a sur-reply to Mr. Bertain's Reply Brief.
12 The parties respectfully request that the Court approve this Stipulation.

14 Dated: January 14, 2010          LAW OFFICE OF WILLIAM G. BERTAIN

16                                  By: *William J Bertain*
                                        William G. Bertain

                                    Attorneys for Plaintiff THE UNITED STATES OF
                                    AMERICA ex rel. RICHARD WILSON and
                                    CHRIS MARANTO

22 Dated: January 14, 2010          MORRISON & FOERSTER LLP

24                                  By: *[signature]*
                                        Natalie Thingelstad

                                    Attorneys for Defendants MAXXAM INC. and
                                    CHARLES E. HURWITZ

28
STIPULATION REGARDING DEFENDANTS' FILING OF SUR-REPLY                    2
C 06-03556 MMC

1  WHEREAS, on December 31, 2009, Defendants filed Opposition to Plaintiff's Counsel William G. Bertain's Motion to Modify Stipulation and Protective Order Governing Confidentiality Filed 9/3/08, or Alternatively Order Other Relief Herein;

WHEREAS, on January 8, 2010, Mr. Bertain filed Reply Brief to Defendants' Opposition to Motion of Plaintiffs' Counsel to Modify Stipulation of [sic] Protective Order Governing Confidentiality Filed 9/3/08, Or Alternatively Order Other Relief Herein ("Reply Brief");

WHEREAS, Defendants believe that the Reply Brief raises new arguments, submits new evidence and requests new relief for the first time on reply, warranting a sur-reply;

WHEREAS, Mr. Bertain does not object to the Defendants filing a sur-reply;

NOW THEREFORE, Mr. Bertain and counsel for the Defendants hereby stipulate that the Defendants may file a sur-reply to Mr. Bertain's Reply Brief.

The parties respectfully request that the Court approve this Stipulation.

Dated: January 14, 2010         LAW OFFICE OF WILLIAM G. BERTAIN

                                By: _____
                                    William G. Bertain

                                Attorneys for Plaintiff THE UNITED STATES OF
                                AMERICA ex rel. RICHARD WILSON and
                                CHRIS MARANTO

Dated: January 14, 2010         MORRISON & FOERSTER LLP

                                By: _____
                                    Natalie Thingelstad

                                Attorneys for Defendants MAXXAM INC. and
                                CHARLES E. HURWITZ

STIPULATION REGARDING DEFENDANTS' FILING OF SUR-REPLY           2
C 06-03556 MMC

1  I, Natalie Thingelstad, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order. Pursuant to General Order 45, I hereby attest that WILLIAM
3  G. BERTAIN has concurred in this filing.

_____
Natalie Thingelstad

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:  January 15, 2010

_____
HONORABLE JOSEPH C. SPERO
United States District Magistrate Judge
Northern District of California