```
 1   JAMES P. BENNETT (CA SBN 65179)
     JBennett@mofo.com
 2   EDGAR B. WASHBURN (CA SBN 34038)
     EWashburn@mofo.com
 3   ANDREW MUHLBACH (CA SBN 175694)
     AMuhlbach@mofo.com
 4   NATALIE THINGELSTAD (CA SBN 255400)
     NThingelstad@mofo.com
 5   MORRISON & FOERSTER LLP
     425 Market Street
 6   San Francisco, California 94105-2482
     Telephone: 415.268.7000
 7   Facsimile: 415.268.7522

 8   Attorneys for Defendants
     MAXXAM Inc. and Charles E. Hurwitz
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO,<br><br>Plaintiff,<br>vs.<br><br>MAXXAM INC., a Delaware Corporation, and CHARLES E. HURWITZ, et al.,<br><br>Defendants. | CASE NO.: CV-06-7497 CW (JCS)<br><br>**STIPULATION REGARDING DEFENDANTS' FILING OF SUR-REPLY**<br><br>Date: January 22, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom A, 15th Floor<br><br>Judge: Honorable Joseph C. Spero |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, William G. Bertain, attorney for relators Richard Wilson and Chris Maranto on behalf of Plaintiff United States of America (collectively, "Plaintiffs"), and Natalie Thingelstad, attorney for Defendants MAXXAM Inc. and Charles Hurwitz (collectively, "Defendants"), that:

WHEREAS, on November 13, 2009, Mr. Bertain filed Motion to Modify the Protective Order Governing Confidentiality Filed 9/3/08, or Alternatively Order Other Relief Herein;

JAN-14-2010 THU 12:44 PM LAW OFFICE OF WL BERTAIN    FAX NO. 707 442 4899      P. 03
Case 4:06-cv-07497-CW Document 421 Filed 01/15/10 Page 2 of 5

FROM :MOFO 32ND COPY RM          FAX NO. :4152687522           Jan. 14 2010 11:04AM P3

1    WHEREAS, on December 11, 2009, Defendants filed Opposition to Plaintiff's Counsel
2  William G. Bertain's Motion to Modify Stipulation and Protective Order Governing
3  Confidentiality Filed 9/3/08, or Alternatively Order Other Relief Herein;
4    WHEREAS, on January 8, 2010, Mr. Bertain filed Reply Brief to Defendants' Opposition
5  to Motion of Plaintiffs' Counsel to Modify Stipulation of [sic] Protective Order Governing
6  Confidentiality Filed 9/3/08, Or Alternatively Order Other Relief Herein ("Reply Brief");
7    WHEREAS, Defendants believe that the Reply Brief raises new arguments, submits new
8  evidence and requests new relief for the first time on reply, warranting a sur-reply;
9    WHEREAS, Mr. Bertain does not object to the Defendants filing a sur-reply;
10    NOW THEREFORE, Mr. Bertain and counsel for the Defendants hereby stipulate that the
11  Defendants may file a sur-reply to Mr. Bertain's Reply Brief.
12    The parties respectfully request that the Court approve this Stipulation.

14  Dated: January 14, 2010             LAW OFFICE OF WILLIAM G. BERTAIN

16                                       By: /s/ William G. Bertain
                                             William G. Bertain

                                         Attorneys for Plaintiff THE UNITED STATES OF
18                                       AMERICA ex rel. RICHARD WILSON and
                                         CHRIS MARANTO

22  Dated: January 14, 2010             MORRISON & FOERSTER LLP

24                                       By: /s/ Natalie Thingelstad
                                             Natalie Thingelstad

                                         Attorneys for Defendants MAXXAM INC. and
26                                       CHARLES E. HURWITZ

28
STIPULATION REGARDING DEFENDANTS' FILING OF SUR-REPLY                                    2
C 06-03556 MMC

1  WHEREAS, on December 31, 2009, Defendants filed Opposition to Plaintiff's Counsel William G. Bertain's Motion to Modify Stipulation and Protective Order Governing Confidentiality Filed 9/3/08, or Alternatively Order Other Relief Herein;

WHEREAS, on January 8, 2010, Mr. Bertain filed Reply Brief to Defendants' Opposition to Motion of Plaintiffs' Counsel to Modify Stipulation of [sic] Protective Order Governing Confidentiality Filed 9/3/08, Or Alternatively Order Other Relief Herein ("Reply Brief");

WHEREAS, Defendants believe that the Reply Brief raises new arguments, submits new evidence and requests new relief for the first time on reply, warranting a sur-reply;

WHEREAS, Mr. Bertain does not object to the Defendants filing a sur-reply;

NOW THEREFORE, Mr. Bertain and counsel for the Defendants hereby stipulate that the Defendants may file a sur-reply to Mr. Bertain's Reply Brief.

The parties respectfully request that the Court approve this Stipulation.

Dated: January 14, 2010    LAW OFFICE OF WILLIAM G. BERTAIN

By: _____
    William G. Bertain

Attorneys for Plaintiff THE UNITED STATES OF AMERICA ex rel. RICHARD WILSON and CHRIS MARANTO

Dated: January 14, 2010    MORRISON & FOERSTER LLP

By: _____
    Natalie Thingelstad

Attorneys for Defendants MAXXAM INC. and CHARLES E. HURWITZ

STIPULATION REGARDING DEFENDANTS' FILING OF SUR-REPLY
C 06-03556 MMC

2

I, Natalie Thingelstad, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that WILLIAM G. BERTAIN has concurred in this filing.

_____
Natalie Thingelstad

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Pursuant to the stipulation of the parties, IT IS SO ORDERED. |

Dated: January 15, 2010

_____
HONORABLE JOSEPH C. SPERO
United States District Magistrate Judge
Northern District of California

(Signed: Judge Joseph C. Spero)

STIPULATION REGARDING DEFENDANTS' FILING OF SUR-REPLY
C 06-03556 MMC
sf-2790337

4