| | |
|---|---|
| 1 | JAMES P. BENNETT (CA SBN 65179) |
|   | JBennett@mofo.com |
| 2 | EDGAR B. WASHBURN (CA SBN 34038) |
|   | EWashburn@mofo.com |
| 3 | ANDREW MUHLBACH (CA SBN 175694) |
|   | AMuhlbach@mofo.com |
| 4 | NATALIE THINGELSTAD (CA SBN 255400) |
|   | NThingelstad@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendants |
|   | MAXXAM Inc. and Charles E. Hurwitz |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RICHARD WILSON and CHRIS MARANTO, <br><br> Plaintiff, <br> vs. <br><br> MAXXAM INC., a Delaware Corporation, and CHARLES E. HURWITZ, et al., <br><br> Defendants. | CASE NO.: CV-06-7497 CW (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON WILLIAM G. BERTAIN'S MOTION TO MODIFY STIPULATION AND PROTECTIVE ORDER GOVERNING CONFIDENTIALITY FILED 9/3/08, OR ALTERNATIVELY ORDER OTHER RELIEF HEREIN** <br><br> Date: January 29, 2010 <br> Time: 1:30 p.m. <br> Place: Courtroom A, 15th Floor <br><br> Judge: Honorable Joseph C. Spero |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel of record, William G. Bertain, attorney for relators Richard Wilson and Chris Maranto on behalf of Plaintiff United States of America (collectively, "Plaintiffs"), and Natalie Thingelstad, attorney for Defendants MAXXAM Inc. and Charles Hurwitz (collectively, "Defendants"), that:

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO MODIFY
CASE NO. CV 06-7497 CW (JCS)

1

1  WHEREAS, the hearing on this matter was originally set for January 22, 2010; and

2  WHEREAS, following the completion of briefing, the Court rescheduled the hearing on
3  this matter to January 29, 2010; and

4  WHEREAS, counsel for Defendants, Andrew D. Muhlbach and Natalie Thingelstad are
5  both unavailable on January 29, 2010, to attend the hearing as rescheduled;

6  NOW THEREFORE, Mr. Bertain and counsel for the Defendants hereby stipulate to
7  reschedule the hearing on the Motion to Modify set for January 29, 2010, to February 12, 2010, at
8  1:30, or at the Court's first convenient time thereafter, to accommodate Defense counsels'
9  unavailability.

10  The parties respectfully request that the Court approve this Stipulation.

12  Dated: January 22, 2010          LAW OFFICE OF WILLIAM G. BERTAIN

14  By: *William G. Bertain* (signature)
     William G. Bertain

     Attorneys for Plaintiff THE UNITED STATES OF
16   AMERICA ex rel. RICHARD WILSON and
     CHRIS MARANTO

20  Dated: January 22, 2010          MORRISON & FOERSTER LLP

22  By: (signature)
     Natalie Thingelstad

     Attorneys for Defendants MAXXAM INC. and
24   CHARLES E. HURWITZ

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO MODIFY          2
CASE NO. CV 06-7497 CW (JCS)

1  I, Natalie Thingelstad, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order. Pursuant to General Order 45, I hereby attest that WILLIAM
3  G. BERTAIN has concurred in this filing.

_____
Natalie Thingelstad

1                                [~~PROPOSED~~] ORDER

2          Pursuant to the stipulation of the parties, IT IS SO ORDERED.

6    Dated:    January 26, 2010                /s/ Judge Joseph C. Spero

                                                                                           HON. JOSEPH C. SPERO
                                                                                          United States District Magistrate Judge
                                                                                          Northern District of California

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION & [PROPOSED] ORDER RESCHEDULING HEARING ON WILLIAM G. BERTAIN'S MOTION TO MODIFY STIPULATION & PROTECTIVE ORDER GOVERNING CONFIDENTIALITY FILED 09/03/08, OR ALTERNATIVELY ORDER OTHER RELIEF HEREIN**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Christopher M. Ames | Paul N. McCloskey, Jr. |
| CA State Attorney General's Office | Law Offices of Paul N. McCloskey, Jr. |
| 455 Golden Gate Avenue | 600 Allerton Street |
| Suite 11000 | Suite 202 |
| San Francisco, CA 94102-7004 | Redwood City, CA 94063 |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 22nd day of January, 2010.

Pat Wolfe
(typed)                                                                 (signature)

Certificate of Service

sf-2790910