1  JAMES P. BENNETT (CA SBN 65179)
   JBennett@ mofo.com
2  EDGAR B. WASHBURN (CA SBN 34038)
   EWashburn@mofo.com
3  ANDREW MUHLBACH (CA SBN 175694)
   AMuhlbach@mofo.com
4  NATALIE THINGELSTAD (CA SBN 255400)
   NThingelstad@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendants
   MAXXAM Inc. and Charles E. Hurwitz
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA *ex rel.*        CASE NO.:  CV-06-7497 CW (JCS)
    RICHARD WILSON and CHRIS
14  MARANTO,                                  STIPULATION AND [PROPOSED]
                                              ORDER RESCHEDULING HEARING
15              Plaintiff,                    ON WILLIAM G. BERTAIN'S
    vs.                                       MOTION TO MODIFY
16                                            STIPULATION AND PROTECTIVE
    MAXXAM INC., a Delaware Corporation,      ORDER GOVERNING
17  and CHARLES E. HURWITZ, et al.,           CONFIDENTIALITY FILED 9/3/08,
                                              OR ALTERNATIVELY ORDER
18              Defendants.                   OTHER RELIEF HEREIN

19                                            Date: January 29, 2010
                                              Time:  1:30 p.m.
20                                            Place: Courtroom A, 15th Floor

21                                            Judge:  Honorable Joseph C. Spero

22

23       TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

24       IT IS HEREBY STIPULATED by and between the parties and their respective counsel of

25  record, William G. Bertain, attorney for relators Richard Wilson and Chris Maranto on behalf of

26  Plaintiff United States of America (collectively, "Plaintiffs"), and Natalie Thingelstad, attorney

27  for Defendants MAXXAM Inc. and Charles Hurwitz (collectively, "Defendants"), that:

28
    STIPULATION AND [PROPOSED ORDER] RESCHEDULING HEARING ON MOTION TO MODIFY          1
    CASE NO. CV 06-7497 CW (JCS)

1    WHEREAS, the hearing on this matter was originally set for January 22, 2010; and

2    WHEREAS, following the completion of briefing, the Court rescheduled the hearing on

3    this matter to January 29, 2010; and

4    WHEREAS, counsel for Defendants, Andrew D. Muhlbach and Natalie Thingelstad are

5    both unavailable on January 29, 2010, to attend the hearing as rescheduled;

6    NOW THEREFORE, Mr. Bertain and counsel for the Defendants hereby stipulate to

7    reschedule the hearing on the Motion to Modify set for January 29, 2010, to February 12, 2010, at

8    1:30, or at the Court's first convenient time thereafter, to accommodate Defense counsels'

9    unavailability.

10   The parties respectfully request that the Court approve this Stipulation.

11

12   Dated: January 22, 2010          LAW OFFICE OF WILLIAM G. BERTAIN

13

14   By: _William G. Bertain_____

15        William G. Bertain

         Attorneys for Plaintiff THE UNITED STATES OF
16       AMERICA ex rel. RICHARD WILSON and
         CHRIS MARANTO

17

18

19

20   Dated: January 22, 2010          MORRISON & FOERSTER LLP

21

22   By: _____

23        Natalie Thingelstad

         Attorneys for Defendants MAXXAM INC. and
24       CHARLES E. HURWITZ

25

26

27

28

1    I, Natalie Thingelstad, am the ECF User whose ID and password are being used to file this

2  Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that WILLIAM

3  G. BERTAIN has concurred in this filing.

4

5  _____
   Natalie Thingelstad

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:     January 26, 2010

HON_____C. SPERO
United States District Magistrate Judge
Northern District of California

Judge Joseph C. Spero

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California  94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION & [PROPOSED] ORDER RESCHEDULING HEARING ON WILLIAM G. BERTAIN'S MOTION TO MODIFY STIPULATION & PROTECTIVE ORDER GOVERNING CONFIDENTIALITY FILED 09/03/08, OR ALTERNATIVELY ORDER OTHER RELIEF HEREIN**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California  94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Christopher M. Ames | Paul N. McCloskey, Jr. |
| CA State Attorney General's Office | Law Offices of Paul N. McCloskey, Jr. |
| 455 Golden Gate Avenue | 600 Allerton Street |
| Suite 11000 | Suite 202 |
| San Francisco, CA  94102-7004 | Redwood City, CA  94063 |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 22nd day of January, 2010.

| | |
|---|---|
| Pat Wolfe | |
| (typed) | (signature) |

Certificate of Service

sf-2790910